# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ALAN J. ATKINSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | C.A. No. 4:20−cv−01892 |
| | § | |
| MAYOR SYLVESTER TURNER (*in his official capacity*), THE CITY OF HOUSTON, TEXAS, and HOUSTON HOUSING AUTHORITY, | § | *Consolidated with* |
| | § | |
| v. | § | |
| | § | C.A. No. 4:20−cv−01895 |
| THE CITY OF HOUSTON, TEXAS, TOM MCCASLAND AND HOUSTON HOUSING AUTHORITY | § | |
| | § | |
| *Defendants*. | § | |

## HOUSTON HOUSING AUTHORITY, LARENCE SNOWDEN, AND MARK THIELE'S UNOPPOSED MOTION TO CONTINUE JANUARY 13, 2021 HEARING

Houston Housing Authority, LaRence Snowden, and Mark Thiele (HHA Defendants) file their Unopposed Motion to Continue the January 13, 2021, preliminary injunction hearing as follows:

1. This Court set Plaintiff Alan J. Atkinson's Motion for Preliminary Injunction for oral hearing on January 13, 2021 at 1:00pm (Dkt. 52).

2. HHA Defendants' lead counsel, Rick Morris has been diagnosed with Covid-19 and pneumonia and is currently hospitalized.

3. HHA Defendants' counsel communicated with Atkinson's counsel as well as The City of Houston's counsel about resetting the hearing to give Mr. Morris more time to recover. All parties agreed to continue the hearing.

4. HHA Defendants seek a continuance of the hearing for at least two weeks after the original hearing date, or some other date convenient to the Court and the parties.

5. HHA Defendants do not submit this request for the purpose of delay.

## PRAYER

HHA Defendants pray that this Court grant their Unopposed Motion to Continue the January 13, 2021 hearing.

Respectfully submitted,

ROGERS, MORRIS & GROVER, L.L.P.

---
RICHARD A. MORRIS
Attorney in charge
State Bar No. 14497750
Federal I.D. 15004
rmorris@rmgllp.com
ALEXA GOULD
State Bar No. 24109940
Federal I.D. 3323275
agould@rmgllp.com
Houston, Texas 77057
Telephone: 713/960-6000
Facsimile: 713/960-6025

ATTORNEYS FOR HHA DEFENDANTS

**CERTIFICATE OF CONFERENCE**

      I hereby certify that I conferred with all parties on January 7, 2021 regarding the filing of this motion and the relief requested herein, and all parties stated that they were NOT opposed to the same.

                                                Attorney for HHA Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2021, I electronically filed the foregoing document with the Clerk of Court and a true and correct copy was served on counsel of record *via* the CM/ECF system:

Stewart Hoffer
shoffer@hicks-thomas.com

Roger E. Gordon
roger@rogergordonlaw.com

George J. Hittner
george.hittner@thehittnergroup.com

James Ardoin
jimmy@jimmyardoinlaw.com

M. Lucille Anderson
mlucille.anderson@houstontx.gov

                                                Attorney for HHA Defendants